Joseph MILLER, Plaintiff—Appellant,

v.

Christopher COLLIER, RN; Natalie Purvis, MD; Charloes Zeitler, Psy D; Christine Anchan, LGSW; Adela Valadez–Meltzer, Defendants—Appellees.

No. 12–6946.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Joseph Miller, Appellant Pro Se. Kathleen A. Ellis, Rebecca Ann Sickenberger,

Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Collier*, No. 1:11–cv–03728–ELH, 2012 WL 1739878 (D.Md. May 15, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*